1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PARIS A. EVANS,                              No.  2:14-cv-1695 DAD

12                    Plaintiff,

13          v.                                     ORDER

14    CAROLYN W. COLVIN, Commissioner
      of Social Security,

15

16                    Defendant.

17

18          On October 17, 2014, the undersigned granted plaintiff's motion to proceed in forma

19   pauperis and ordered plaintiff to submit to the United States Marshal the documents necessary for

20   service of process.  (Dkt. No. 4.)  Plaintiff was also ordered to file in this court a declaration

21   stating the date on which the documents were submitted to the United States Marshal within five

22   days after submitting those documents.

23          Plaintiff, however, has not filed a declaration stating the date on which the documents

24   necessary for service were submitted to the United States Marshall and the defendant has not

25   appeared in this action.  Plaintiff is advised that Rule 4(m) of the Federal Rules of Civil

26   Procedure provides that a defendant must be dismissed if service of the summons and complaint

27   is not accomplished on the defendant within 120 days after the complaint was filed.

28   /////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing

2   within fourteen days why this case should not be dismissed for lack of prosecution.[1]  Failure to

3   file a timely response will result in dismissal of this action.

4   Dated:  April 23, 2015

5

6   _____
    DALE A. DROZD

7   UNITED STATES MAGISTRATE JUDGE

8   DAD:6
    ddad1/orders.soc sec/evans1695.osc.service.docx

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28   [1]  Plaintiff may also satisfy this order by filing a declaration stating the date on which the
    documents were submitted to the United States Marshal.